IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| NFN8 Group, Inc.; | § | Case No. 26-10193-smr |
| NFN8 Capital, LLC; | § | Case No. 26-10194-smr |
| NFN8 Holdings, LLC; | § | Case No. 26-10195-smr |
| DEBTOR(S). | | **JOINT ADMINISTRATION, INTO ONE CASE,** NFN8 Group, Inc.; 26-10193-smr |
| | | CHAPTER 7 PROCEEDING |

CHAPTER 7 TRUSTEE'S MOTION TO MOVE FUNDS IN BANK ACCOUNT IN CASE 26-10194 TO BANK ACCOUNT IN CASE 26-10193

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, at 903 San Jacinto Boulevard, Suite 322, Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of NFN8 Group, Inc., NFN8 Capital, LLC & NFN8 Holdings, LLC and files his Motion to Move Funds in Bank Account Case 26-10194 to Case 26-10193, the Bankruptcy Estate The Trustee would show the Court the following:

1. These cases were converted from a chapter 11 to a chapter 7 bankruptcy on or about 6/29/26 at which time, Randolph N. Osherow was appointed Trustee of Debtor bankruptcy estates and continues to act in that capacity.

A copy of the proposed Order attached as Exhibit "A".

10193. The Trustee is only paying Chapter 7 Administrative Claims and a pro-rata share to Chapter 11 Administrative Claims and the Orders to Pay the Chapter 11 Administrative Claims are all in Case No. 26-10193.

3. This Motion is filed to obtain authorization to move the funds from Case No. 26-10194 to the main Case 26-10193, which is the main case. Currently there are $94,226.33 in funds in Case No. 26-10194.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays this Court enter an order authorizing Trustee to Move All Funds in Bank Account regarding Case 26-10194 to Case 26-10193. Respectfully submitted this 9 day of November, 2026.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:NFN8 Group, Inc.; NFN8 Capital, LLC; | § | Case No. 26-10193-smr; Case No. 26-10194-smr |
| &NFN8 Holdings, LLC; | § | & Case No. 26-10195-smr |
| DEBTOR(S). | § | **JOINT ADMINISTRATION, INTO ONE CASE,** |
| | § | NFN8 Group, Inc.; 26-10193-smr, CHAPTER 7 PROCEEDING |

ORDER AUTHORIZING PAYMENT TO TO MOVE ALL FUNDS IN BANK ACCOUNT IN CASE 26-10194 TO BANK ACCOUNT IN CASE 26-10193

On the day this Order was signed, came for consideration the Trustee's Motion to authorize Trustee to Move All Funds in Bank Account regarding Case 26-10194 to Case 26-10193, the main case.

The Court, having considered the Motion finds that notice is proper and that no objections were filed.

It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is Authorized to Move All Funds in Bank Account regarding Case 26-10194 to Case 26-10193.

# # #

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone (210)
737-6312 - Telefax
rosherow@hotmail.com

**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| NFN8 Group, Inc.; | § | Case No. 26-10193-smr |
| NFN8 Capital, LLC; | § | Case No. 26-10194-smr |
| NFN8 Holdings, LLC; | § | Case No. 26-10195-smr |
| DEBTOR(S). | | **JOINT ADMINISTRATION, INTO ONE CASE,** NFN8 Group, Inc.; 26-10193-smr |
| | | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the MOTION TO MOVE FUNDS FROM ONE CASE BANK ACCOUNT TO THE MAIN CASE,was served by U.S. first class mail, postage prepaid, upon the following parties of record this 9 day of November, 2026.

NFN8 Group, Inc.
NFN8 Capital, LLC
NFN8 Holdings, LLC
13809 Research Boulevard
Suite 785
Austin, TX 78750
**Debtor(s)**

William R. Nix, III
Kane Russelll Coleman Logan,
PC, 401 Congress Avenue
Suite 2100
Austin, TX 78701
**Counsel for Debtor(s)**

U.S. Trustee
903 San Jacinto Boulevard
Suite 230
Austin, TX 78701

See attached mailing matrix for interested parties noticed.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

Label Matrix for local noticing
0542-1
[redacted]
Western District of Texas
Austin
Mon Nov 9 10:46:16 CST 2026

NFN8 Capital LLC
13809 Research Blvd #785
Austin, TX 78750-1178

United States Trustee (SMG17)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

BITALPHA
382 NE 191st St
PMB 61754
Miami, FL 33179-3899

Bressler Amery and Ross
500 W 2nd Street
Suite 1900
Austin, TX 78701-4687

Catherine Ozment CPA
3402 John Stockbauer Dr
Victoria, TX 77901-2925

Central Texas Shredding
10821 Ballard Path
Austin, TX 78717-5373

City Electric Supply Company
PO Box 131811
Dallas, TX 75313-1811

Culture Index LLC
10200 State Line Road
Leawood, KS 66206-2375

Dun& Bradstreet Online
5335 Gate Parkway
Jacksonville, FL 32256-8080

FPG Aspen Lake Owner, LP
PO Box 2063
Hicksville NY 11802-2063

Foreman.Mn
1 N Haven St #3
Baltimore, MD 21224-1614

Gerald M. Miller LTD
707 Skokie Boulevard
Suite 600
Northbrook, IL 60062-2841

Gridmatic Retail
1201 Fannin St
Suite 262
Houston, TX 77002-6943

Gridmatic Rosa
PO Box 121395
Dallas, TX 75312-1395

Group Management Services
3750 Timberlake Dr
Richfield, OH 44286-9187

Hill Country Springs
PO Box 2220
Manchaca, TX 78652-2220

IMA, Inc
PO Box 733835
Dallas, TX 75373-3835

IPFS Corporation
400 Northridge Rd
Suite 450
Atlanta, GA 30350-3353

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Joe's Portables
302 E 5th St
Villisca, IA 50864-1220

LIFT Aviation
6012 Aviation Dr #210
Pflugerville, TX 78660-9001

(p)LANDSTAR TRANSPORTATION LOGISTICS INC
13410 SUTTON PARK DRIVE SOUTH
2ND FLOOR - ACCOUNTS RECEIVABLE
JACKSONVILLE FL 32224-5270

Lowell E. Anderson
605 Timber Road
Harlan, IA 51537-6307

Marne Elk Horn
PO Box 346
Walnut, IA 51577-0346

Midnight Enterprise
585 Cross Creek Trail
Gibsonville, NC 27249-9598

Nishnobotna Valley REC
PO Box 714
Harlan, IA 51537-0714

Ntiva, Inc
PO Box 360864
Pittsburgh, PA 15251-6864

(p)ORACLE AMERICA INC
500 ORACLE PARKWAY
REDWOOD CITY CA 94065-1678

Philemon & Gail Strahm
1527 CR 306
Rainbow TX 76077-2711

Power Moves Electric LLC
3267 Bee Cave Rd
Ste. 107-76
Austin, TX 78746-6700

Power Tech LLC
2614 Railroad Highway
Council Bluffs, IA 51503-1030

PowerTech
2614 Railroad Highway
Council Bluffs, IA 51503
Council Bluffs, IA 51503-1030

R And S Waste Disposal
PO Box 847
Ankeny, IA 50021-0847

Ramp Credit Card
28 West 23rd St 2nd FL
New York, NY 10010-5260

Riot Platforms
3855 Ambrosia St #301
Castle Rock, CO 80109-3960

Rosseau Group Texas LLC
c/o R. Adam Swick
Akerman LLP
500 West 5th St., Suite 1201
Austin, TX 78701-3831

Routable
548 Market St
PMB 33807
San Francisco, CA 94104-5401

Simple Mining
3150 Capital Way Ste 1
Cedar Falls, IA 50613

Simple Mining LLC
2715 Technology Parkway
2715 Technology Parkway
Cedar Falls, IA 50613-7060

Spectrum
Charter Communications
PO Box 60074
City of Industry, CA 91716-0074

Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX 78247-4315

Synota
PO Box 121395
Dallas, TX 75312-1395

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778-0001

The Filter Shop
8720 F St.
Omaha, NE 68127-1530

The James R Whelan Agency, LLC
5001 S Dixie Hwy
Suite B # 208
West Palm Beach, FL 33405-2913

(p)TRUSTPILOT INC
50 WEST 23RD STREET
SUITE 1000
NEW YORK NY 10010-5270

Ulery Electric Services
PO Box 225
601 East Main
Le Grand, IA 50142

United States Attorney
Civil Process Clerk
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Vega Energy Advisors
3410 Willow Springs Rd
Austin, TX 78704-7222

Williamson County
904 S. Main Street
Georgetown, TX 78626-5829

Williamson County Attorney's Office
Attn: County Attorney
405 Martin Luther King Jr. St.
#240
Georgetown, TX 78626-4901

Willson & Pechacek PLC
421 W Broadway #200
Council Bluffs, IA 51503-9046

Winston & Strawn LLP
PO Box 36235
Chicago, IL 60694-0001

Zavala County Tax Assessor
323 W. Zavala Street
Crystal City, TX 78839-3240

John C. Roy
Kane Russell Coleman Logan PC
401 Congress Ave.
Ste 2100
Austin, TX 78701-3798

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212-3314

William R Nix III
Kane Russell Coleman Logan PC
401 Congress Avenue
Suite 2100
Austin, TX 78701-3798

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Landstar Inway
12793 Collections Ctr Dr
Chicago, IL 60693

Oracle America, Inc
500 Oracle Parkway
Redwood Shores, CA 94065

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. 13528 Capital Station
Austin, TX 78711

Trustpilot
50 West 23rd Street
Suit 1000
New York, NY 10010

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 63 |
| Bypassed recipients | 0 |
| Total | 63 |